**DISMISS; Opinion Filed January 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00368-CV

**TRIADIUM INC., D/B/A GAME TIME TRAVEL, Appellant**
**V.**
**NATIONAL CHEERLEADERS ASSOCIATION, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13837-K**

## MEMORANDUM OPINION
Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Lang

The filing fee, the docketing statement, and appellant's brief in this case are past due. By postcard dated March 15, 2013, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 15, 2013, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated November 27, 2013, we notified appellant that after reviewing the responses to our question concerning our jurisdiction over this appeal, it appeared the Court had jurisdiction over this appeal and that its brief was due by December 27, 2013. By postcard dated January 3, 2014 we notified appellant the time for filing

its brief had expired. We directed appellant to file both appellant's brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed a docketing statement, or filed its brief and extension motion.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/ Douglas S. Lang/
DOUGLAS LANG
JUSTICE

130368F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRIADIUM INC., D/B/A GAME TIME
TRAVEL, Appellant

No. 05-13-00368-CV     V.

NATIONAL CHEERLEADERS
ASSOCIATION, Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-13837-K.
Opinion delivered by Justice Lang. Justices
FitzGerald and Fillmore participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
    It is **ORDERED** that appellee NATIONAL CHEERLEADERS ASSOCIATION recover
its costs of this appeal from appellant TRIADIUM INC., D/B/A GAME TIME TRAVEL.


Judgment entered this 30th day of January, 2014.


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

–3–